NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC, <br><br> Plaintiff, <br><br> v. <br><br> RAXON RESTAURANT, INC. et al., <br><br> Defendants. | Civil Action No. 12-4660 (CCC-JBC) <br><br> **ORDER** |

This matter comes before the Court on Plaintiff Travelodge Hotel, Inc.'s ("Plaintiff") motion to strike the answer of Defendants Neera Garg and Virendra Garg and to enter default. (ECF No. 34.) No opposition has been filed thereto. On March 13, 2015, Magistrate Judge James B. Clark III issued a Report and Recommendation that Plaintiff's motion be granted. (ECF No. 35.) The deadline to file objections was March 30, 2015, and no objections have been filed thereto. The Court has considered the submissions of the parties and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

**IT IS** on this 31st day of March, 2015,

**ORDERED** that this Court adopts Judge Clark's March 13, 2015 Report and Recommendation that Plaintiffs' motion be granted (ECF No. 35); and it is further

**ORDERED** that the Answer of defendants, Neera Garg and Virendra Garg, be stricken with prejudice; and it is further

**ORDERED** that the Clerk shall enter default as to defendants Neera Garg and Virendra Garg.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.